AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

V.

JEWELLALI YOUNG

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:22-CR-000361-LPR-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Lee P. Rudofsky - District Judge

| Name of Judge | Title of Judge |

5-3-2024
Date